# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO LUA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　　Respondent. | Case No. CV 12-4010 DOC (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED FOR LACK OF JURISDICTION**.


DATED: September 21, 2012

_____
　　HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1